MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**URIEL GUTIERREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>URIEL GUTIERREZ, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | Case No.: 6:16-MJ-00084<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: November 15, 2016<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, URIEL GUTIERREZ ("Mr. Gutierrez"), by and through his attorney of record, Michael Mitchell, that the Arraignment in the above-captioned matters set for November 15, 2016 at 9:00 a.m., be vacated, and the matter be set for Arraignment on December 6, 2016 at 10:00 a.m.  This request is made due to the fact that counsel for Defendant, Michael E. Mitchell is unavailable on November 15, 2016.

DATED: November 10, 2016          /s/ Michael E. Mitchell_____
                                                          Michael E. Mitchell Attorney for Defendant
                                                          URIEL GUTIERREZ

DATED: November 10, 2016          /s/ Susan St. Vincent_____
                                                          Susan St. Vincent, Acting Legal Officer
                                                          National Park Service

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the arraignment for Defendant URIEL GUTIERREZ, now set for November 15, 2016 at 9:00 a.m. and continue the arraignment to December 6, 2016 at 10:00 a.m., be granted in case number 6:16-mj-00084-MJS.

IT IS SO ORDERED.

Dated:   November 14, 2016             /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE