MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**URIEL GUTIERREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>URIEL GUTIERREZ,<br><br>    Defendant. | Case No. 6:16-MJ-00084<br><br>**ORDER ON WAIVER OF DEFENDANT'S PERSONAL PRESENCE**<br><br>Date:   November 15, 2016<br>Time:   9:00 a.m.<br>Dept:   Yosemite Magistrate Court |

TO THE ABOVE-ENTITLED COURT:

The Defendant URIEL GUTIERREZ ("Mr. Gutierrez") having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any Motion or other proceeding in this cause. Examples of hearings concerning which the Defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a Motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in Court, and further agrees that notice to Defendant's attorney that Defendant's presence in Court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Gutierrez is 35 years old and is the sole financial supporter of his household.

Mr. Gutierrez currently resides in Ontario, California. The distance from his home to the court located at Yosemite National Park (YNP) is approximately 345 miles. He was on vacation at YNP when this incident occurred.

Mr. Gutierrez would suffer a number of professional, personal and financial hardships if he had to return to YNP for the arraignment or make personal appearances for status conferences.

He is currently employed at Imedris Data Corporation as a Customer Support Representative.

Mr. Gutierrez' job duties include, but are not limited to, the following: answering phone calls, customer support with computer software products, technical help, report and logging in daily activities to superiors.

To attend Court, he would have to miss approximately three days of work for travel and attendance at the Court hearing.

The travel expenses he would have to incur would include rental car expenses and gas to travel to and from the park, as well as lodging and meals.

Accordingly, Mr. Gutierrez requests a video initial appearance at a U.S. District Court for arraignment and a waiver of personal appearance at all status conferences.

Counsel for Mr. Gutierrez has been informed that the park service is not objecting to Mr. Gutierrez's initial appearance via video conference and a waiver of his personal presence at status conferences in this matter.

DATED: November 28, 2016             /s/ Uriel Gutierrez_____ _____
                                     Uriel Gutierrez, Defendant

DATED: December 1, 2016              /s/ Michael E. Mitchell_____
                                     Michael E. Mitchell
                                     Attorney for Defendant

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, Uriel Gutierrez, in case number 6:16-mj-00050-MJS , may appear **via telephone** for his arraignment. His Counsel shall contact the Courtroom Deputy to make arrangements for a telephonic appearance. Pending further Order of this Court, his personal presence is waived for future status and scheduling conferences.

IT IS SO ORDERED.

Dated:   December 1, 2016             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE