Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>URIEL GUTIERREZ,<br><br>　　　　Defendant. | No.  6:16-MJ-0084-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Uriel Gutierrez, by and through his attorney of record, Michael E. Mitchell, that the status conference in the above-captioned matter set for March 21, 2017 be continued to April 25, 2017 at 10:00 a.m.  The Defendant has requested additional video discovery, and the Government needs additional time to obtain the material and transmit it to defense counsel.

　　Dated:  March 19, 2017　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

　　Dated:  March 19, 2017　　　　　　　　 /S/ Michael E. Mitchell_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael E. Mitchell
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Uriel Gutierrez

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the March 21, 2017, Status Conference in  <u>U.S. v. Gutierrez</u>, *6:16-MJ-0084-MJS*, is hereby continued to April 25, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 20, 2017                          /s/ *Michael J. Seng*
                                                                      UNITED STATES MAGISTRATE JUDGE