Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>URIEL GUTIERREZ,<br><br>    Defendant. | No.  6:16-MJ-0084-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Uriel Gutierrez, by and through his attorney of record, Michael E. Mitchell, that the status conference in the above-captioned matter set for May 24, 2017 be continued to July 11, 2017 at 10:00 a.m.  The Government Legal Officer will be attending required training on May 24, 2017 in Redding, California.

Dated:  May 10, 2017            /S/ Susan St. Vincent_____
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

Dated:  March 10, 2017           /S/ Michael E. Mitchell_____
                                Michael E. Mitchell
                                Attorney for Defendant
                                Uriel Gutierrez

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 24, 2017, Status Conference in  <u>U.S. v. Gutierrez</u>, *6:16-MJ-0084-MJS*, is hereby continued to July 11, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 11, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE