Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:16-mj-0084-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| URIEL GUTIERREZ, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue Defendant a citation for Failure to Comply with a Traffic Control Device which Defendant will pay through the Central Violations Bureau.

.

Dated: August 21, 2017        NATIONAL PARK SERVICE

                                              /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Legal Officer

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Gutierrez* 6:16-mj-0084-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 21, 2017__    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE